UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>SURESHBHAI PATEL, et al.,<br><br>    Defendants. | No. 2:17-cv-1553-KJM DB<br><br><br><br>ORDER |

On April 6, 2018, the court stayed this action to allow the parties to pursue an early, informal resolution. Order, ECF No. 23. The court ordered the parties to initiate participation in the court's Voluntary Dispute Resolution Program ("VDRP") if they did not settle within 45 days. *Id.* at 2. As the court explained, initiating VDRP requires contacting Sujean Park at (916) 930-4278 or SPark@caed.uscourts.gov. *Id.* Forty-five days lapsed on May 21, 2018, yet the parties still have not notified the court of an informal settlement or contacted Sujean Park.

Accordingly, counsel for both parties are ORDERED to SHOW CAUSE within seven days why they should not be sanctioned $250.00 each for failing to heed the court's instruction. Counsel are further ORDERED to, within seven days, either (1) notify the court of an informal settlement agreement; or (2) contact Sujean Park to initiate VDRP.

IT IS SO ORDERED.

DATED: July 12, 2018.

UNITED STATES DISTRICT JUDGE

1