# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:17-cv-1553 KJM DB |
| Plaintiff, | |
| v. | ORDER |
| SURESHBHAI PATEL, et al, | |
| Defendants. | |

On July 13, 2018, the court ordered counsel for both parties to show cause within seven days why they should not be sanctioned $250.00 each for failing to heed the court's instruction to initiate participation in the court's Voluntary Dispute Resolution Program ("VDRP"). ECF No. 24. Plaintiff's counsel timely responded on July 19, 2018, explaining the oversight and prompty inititating participation in VDRP. ECF No. 26. The court therefore DISCHARGES the order to show cause as to plaintiff's counsel.

Defense counsel has yet to respond to the order to show cause, and the deadline to do so has now lapsed. The court therefore SANCTIONS defense counsel Susiejane Eastwood $250.00. Any further disregard of the court's orders or disregard for the VDRP coordinator's efforts to advance this case will be met with further sanctions.

IT IS SO ORDERED.

DATED: July 31, 2018.

UNITED STATES DISTRICT JUDGE